*Abraham L. Staats v. Henry Evarts.* O. L. Barbour, for complainant ; W. A. Beach, for defendant.

Order for an attachment, bailable in the sum of $100, un-

ess the defendant, within six days, pays $16 for the costs of this and former order, and attends before the master and completes his examination.